# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTHERN DISTRICT OF NEW YORK

JOHN DOE, )
     Plaintiff(s) )
)
v. ) CASE NO. 1:18-CV-01013-MAD-DJS
RENSSELAER )
POLYTECHNIC INST., ET AL., )
     Defendant(s) )
)

## REQUEST FOR TRANSCRIPT

TO: Theresa Casal, Court Reporter / Transcriber.

Notice is hereby given that an official transcript[1] of a proceeding has been requested of the following portion(s) of the proceedings:

on August 30, 2018, in the above-captioned matter.

The party requesting the transcript must also provide the Court Reporter / Transcriber with a FORM AO 435 Transcript Order[2]. This form is available on the Court's website at www.nynd.uscourts.gov.,

Please note that if the Transcript request is for an appeal, the requestor must also file the appropriate transcript appeal forms that are available on the 2nd Circuit Webpage at http://www.ca2.uscourts.gov/.

S/ Reynolds, Pamela S.C.
Digitally signed by Reynolds, Pamela S.C.
DN: dc=com, dc=littler, ou=FirmUsers, ou=ROC, cn=Reynolds, Pamela S.C., email=PReynolds@littler.com
Date: 2018.09.04 22:07:42 -04'00'

Attorney for Defendants
NDNY Bar Roll # 515240
Address: Littler Mendelson, P.C.
375 Woodcliff Drive, Second Floor
Fairport, New York 14450

---

[1] Upon the filing of the official transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction. For additional information on the Court's Policy concerning redaction of transcripts please visit the Court website at www.nynd.uscourts.gov.

[2] For Criminal transcript requests by a CJA Panel Member please request from the Clerk's Office a CJA-24 Transcript Voucher form and have it approved by the presiding judge prior to filing this form.

## Certificate of Service

    I hereby certify that on  9/5/2018 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following: James C. Knox and Julie A. Nociolo, Attorneys for Plaintiff,

and that I mailed by United States Postal Service the document to the following non CM/ECF participants:_____.

S/ Reynolds, Pamela S.C.
Digitally signed by Reynolds, Pamela S.C.
DN: dc=com, dc=littler, ou=FirmUsers, ou=ROC,
cn=Reynolds, Pamela S.C., email=PReynolds@littler.com
Date: 2018.09.04 22:25:47 -04'00'

ndny notice of filing of official transcript 1/16/06